Larry **CORDELL**, Movant/Appellant,

v.

**STATE of Missouri**,
**Respondent/Respondent.**

**No. ED 101886**

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: June 9, 2015

Edward S. Thompson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, For Movant/Appellant.

Evan J. Buchheim, P.O. Box 899, Jefferson City, MO 65102, For Respondent/Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

## ORDER

PER CURIAM.

Larry Cordell appeals from the motion court's Judgment denying, without an evidentiary hearing, his amended Motion to Vacate, Set Aside or Correct Judgment and Sentence filed pursuant to Rule 24.035.[1] We have reviewed the briefs of the parties and the record on appeal and conclude the judgment of the motion court is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use

---

1. Mo. R. Crim. P. 2013.

only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

K.M. (Appellant) appeals from the trial court's Judgment Reviving Judgments entered December 19, 2014. We have reviewed Appellant's brief[1] and the record on appeal and conclude the trial court's judgment is supported by substantial evidence and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo.banc 1976). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).